1
2
3
4
5

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-262-JCM (RJJ) |
| ) | |
| JUAN RODRIGUEZ, ) | |
| aka Juan Rodriguez-Lopez ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on December 9, 2010, defendant JUAN RODRIGUEZ aka Juan Rodriguez-Lopez was found guilty on Counts One through Three of a Three-Count Fourth Superseding Criminal Indictment charging him in Count One with Conspiracy to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846; in Count Two with Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i); and in Count Three with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Fourth Superseding Criminal Indictment and the offense to which defendant JUAN RODRIGUEZ aka Juan Rodriguez-Lopez was found guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a.    Beretta Cal. .9 short (.380) semi-automatic handgun, bearing serial number D32470Y; and

    b.    any and all ammunition

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JUAN RODRIGUEZ aka Juan Rodriguez-Lopez in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Daniel D. Hollingsworth
Assistant United States Attorney
Michael A. Humphreys
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 21st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on December 17, 2010 by the below identified method of service:

<u>Electronic Filing</u>

Michael V. Cristalli
Cristalli & Saggese, Ltd.
732 South Sixth Street, Suite 100
Las Vegas, NV 89101
mcristalli@cristalli-saggese.com
*Counsel for Alfonso Rivera-Avalos*

Michael Ryan Pandullo
815 South Casino Center Boulevard
Las Vegas, NV 89101
michaelpandullo@hotmail.com
*Counsel for Adrian Fuentes-Garcia*

Thomas Ericsson
7881 W. Charleston Boulevard, Suite 210
Las Vegas, NV 89117
tom@silverstatelaw.com
*Counsel for Juan Rodriguez*

Mace J. Yampolsky
Mace Yampolsky, LTD
625 South Sixth Treet
Las Vegas, NV 89101
Mace@macelaw.com
*Counsel for Jose Luis Rubio-Rodriguez*

Michael P. Kimbrell
Michael P. Kimbrell, LTD
523 South Eighth Street
Las Vegas, NV 89101
mpkimbrell@aol.com
*Counsel for Adelina Arias*

    /s/ HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Clerk