✓ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 1 4 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-262-JCM (RJJ) |
| ) | |
| JUAN RODRIGUEZ, ) | |
| aka Juan Rodriguez-Lopez, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On December 21, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 18, Untied States Code, Section 924(d)(1) and Title 28, Untied States Code, Section 2461(c), based upon the jury verdict finding defendant JUAN RODRIGUEZ aka Juan Rodriguez-Lopez guilty of the criminal offenses, forfeiting specific property alleged in the Superseding Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JUAN RODRIGUEZ aka Juan Rodriguez-Lopez was found guilty. #181.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on January 22, 2011, January 29, 2011, and February 5, 2011, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court. #191.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United
9  States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United
10 States Code, Section 2461(c); and Title 18, Untied States Code, Section 924(d)(1) and Title 28, Untied
11 States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be
12 disposed of according to law:

    a.  Beretta Cal. .9 short (.380) semi-automatic handgun, bearing serial number
        D32470Y; and
    b.  any and all ammunition.

16 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
17 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
18 any income derived as a result of the United States of America's management of any property forfeited
19 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

20 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
21 certified copies to the United States Attorney's Office.

22 DATED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE