# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:09-CR-262 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| ADRIAN FUENTES-GARCIA, | |
| Defendant(s). | |

Presently before the court is defendant Juan Rodriguez's failure to file an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 ("motion to vacate") in case number 2:09-cr-00262-JCM-GWF.

On January 15, 2014, this court denied Mr. Rodriguez's October 29, 2013, motion to vacate without prejudice and gave leave for defendant to file an amended motion to vacate by February 28, 2014. (ECF No. 321). Thereafter, plaintiff filed three motions to extend the deadline to file the amended motion to vacate, and this court granted each request. (ECF Nos. 322, 323, 325, 327, 334, and 335).

In this manner, the court ultimately changed Mr. Rodriguez's latest permissible filing date for his motion to vacate from February 28, 2014, to August 29, 2014. (*Id.*). Furthermore, the July 3, 2014, order granting Mr. Rodriguez's third request to extend time to file his motion stated that "[a]s the court originally ordered the amended petition to be filed no later than February 28, 2014–over four months ago–counsel is advised that no further requests for extensions will be entertained." (ECF No. 335). Plaintiff neither filed an amended motion to vacate by August 29, 2014, nor filed any motion to vacate after that date.

**James C. Mahan**
**U.S. District Judge**

Because Mr. Rodriguez failed to file an amended motion to vacate by the court-imposed deadline, the original denial of his motion to vacate, (ECF No. 321) shall therefore govern this matter.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the period for defendant Juan Rodriguez to file an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 has expired.

The clerk shall enter judgment accordingly and close this case.

DATED October 25, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -