```
1   Jim Hoffman
2   Nevada State Bar 13896
    PO Box 231246
3   Las Vegas, NV 89105
4   (702) 483-1816
    Jim.Hoffman.Esq@gmail.com
5   Attorney for Juan Rodriguez
6
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:09-cr-262 |
|---|---|
| Plaintiff, | |
| vs. | **MOTION FOR EXTENSION OF TIME** |
| JUAN RODRIGUEZ, | |
| Defendant | |

JUAN RODRIGUEZ, by and through his counsel, JIM HOFFMAN, hereby requests that the Court grant an extension of the deadline to file a Reply to the Government's Response (ECF 397) to Mr. Rodriguez' 2255 petition (ECF 387). The Reply is currently due 9/21/21; the requested new deadline is 10/19/21.

Dated September 21, 2021.

/s/ Jim Hoffman

Jim Hoffman, Esq.

MOTION FOR EXTENSION OF TIME - 1

# ARGUMENT

The instant matter is a 2255 petition brought under *Rehaif v. United States*, challenging Mr. Rodriguez' 2011 conviction for being a felon in possession of a firearm.  A pro forma petition was filed by the FPD's office, who then withdrew and the undersigned was appointed.  While the undersigned has reviewed all documents in this case, he is still in the process of obtaining documents related to Mr. Rodriguez' prior felony conviction (a 1982 case from California federal court, which was reversed and then resentenced in 1984)).  Due to the age and geographic distance, these documents have been more difficult to obtain than expected.

An extension is requested because these documents go directly to whether Mr. Rodriguez can obtain relief under *Rehaif*.  In addition, they relate to the arguments the Government makes in its Response.  An extension of time to file the Reply (as well as an amended/supplemental petition) would allow the undersigned to complete his due diligence and ensure that the Court and the Government have all the information before them to accurately and fairly judge whether Mr. Rodriguez' conviction is constitutionally valid or not.  Mr. Rodriguez therefore respectfully asks the Court to grant this request and set a new deadline of October 19, 2021.

MOTION FOR EXTENSION OF TIME - 2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUAN RODRIGUEZ,<br><br>　　　　Defendant | Case No.: 2:09-cr-262<br><br>**ORDER GRANTING EXTENSION OF TIME** |

　　　　GOOD CAUSE APPEARING, Defendant's Motion for Extension of Time (ECF 398) is hereby granted. The new deadline for the Reply is 10/19/21.

　　　　Dated September 23, 2021.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable James C. Mahan

ORDER GRANTING EXTENSION OF TIME - 1